Certificate Number: 05781-FLM-DE-041184155

Bankruptcy Case Number: 26-05938



05781-FLM-DE-041184155

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on July 8, 2026, at 5:33 o'clock PM PDT, Kylie Oneill completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C.  111 to provide an instructional course concerning personal financial management in the Middle District of Florida.

Date:   July 8, 2026                              By:      /s/Allison M Geving

                                                 Name:   Allison M Geving

                                                 Title:   President